WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
twilborn@mindspring.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DIANE McNAMARA,**                                Case No. 3:11-cv-00173-HZ

  Plaintiff,

vs.                                                                      ORDER

**COMMISSIONER of Social Security,**

  Defendant.

Attorney fees in the amount of $1,799.31 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $350.00 are awarded pursuant to 28 U.S.C. § 1920. Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Attorney Tim Wilborn's address: P.O. Box 370578, Las Vegas, NV 89137. If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

IT IS SO ORDERED this __2__ day of May, 2013.

                                                             _____
                                                             MARCO A. HERNANDEZ
                                                             United States District Judge

Submitted on May 1, 2013 by:

s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1